**FILING TRANSMITTAL / COVER SHEET**

Submitted by:
**Jeremy A. Small**
515 S. 6th St.
Mitchell, Indiana 47446
Phone: 812-578-9246
Email: megraejones90@gmail.com

To: Clerk of Court
United States District Court
Southern District of Indiana, New Albany Division
Lee H. Hamilton Federal Building & U.S. Courthouse
121 West Spring Street
New Albany, IN 47150

**FILED**

AUG 28 2025

U.S. DISTRICT COURT
NEW ALBANY, INDIANA

4:25-cv-00173-TWP-KMB

**Re:** Motion to Enforce Rights under the Crime Victims' Rights Act (18 U.S.C. § 3771)

Enclosed please find the following documents for filing:
1. Motion to Enforce Rights under the Crime Victims' Rights Act, 18 U.S.C. § 3771
2. Exhibits (Dismissal Order, Witness Statements, Supporting Documentation)

Respectfully submitted,

Jeremy A. Small
Dated: August 28, 2025

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

**In re: Enforcement of Crime Victims' Rights of
Jeremy A. Small and L.S., a minor child,**
Victims,

Case No. _____

**MOTION TO ENFORCE RIGHTS UNDER THE CRIME VICTIMS' RIGHTS ACT, 18 U.S.C. § 3771**

Comes now Jeremy A. Small, on behalf of himself and his minor child, L.S., both identified as victims in the criminal matter involving Albert Small, and respectfully moves this Court pursuant to 18 U.S.C. § 3771(d)(3) to enforce the rights guaranteed to victims of federal crimes.

**FACTUAL BACKGROUND**
1. Movant and his minor daughter, L.S., were identified as victims in the state criminal case State of Indiana v. Albert Small, Cause No. 47D01-2209-F5-001222, filed in Lawrence County, Indiana.
2. On May 2, 2024, the case against the defendant was dismissed without notice or consultation to the victims, and without providing the victims an opportunity to be heard.
3. At no time were the victims notified of hearings or given an opportunity to provide input regarding the dismissal, in violation of the victims' rights to notice, to be reasonably heard, and to be treated with fairness and respect under 18 U.S.C. § 3771(a).

4. The Inspector General's Office has declined jurisdiction, and neither the Indiana Attorney General nor the U.S. Department of Justice has provided acknowledgment or remedy.

**ARGUMENT**

The Crime Victims' Rights Act ("CVRA"), 18 U.S.C. § 3771, guarantees specific rights to victims of crime, including:
- The right to be reasonably protected from the accused (§ 3771(a)(1));
- The right to reasonable, accurate, and timely notice of any public court proceeding (§ 3771(a)(2));
- The right not to be excluded from any such public court proceeding (§ 3771(a)(3));
- The right to be reasonably heard at any public proceeding involving release, plea, sentencing, or dismissal (§ 3771(a)(4));
- The right to confer with the attorney for the Government in the case (§ 3771(a)(5));
- The right to be treated with fairness and with respect for the victim's dignity and privacy (§ 3771(a)(8)).

In this matter, the victims' rights were violated in several respects:
1. The case was dismissed on May 2, 2024, without any notice to the victims.
2. The victims were denied the opportunity to be reasonably heard before dismissal.
3. The victims were not allowed to confer with the attorney for the Government.
4. Collectively, the case handling disregarded the victims' dignity and rights.

**RELIEF REQUESTED**

Movant respectfully requests that this Court:
1. Recognize Movants as crime victims under 18 U.S.C. § 3771.
2. Find that the victims' rights were violated when the case State of Indiana v. Albert Small, Cause No. 47D01-2209-F5-001222, was dismissed on May 2, 2024.
3. Order appropriate relief, including:
- A hearing before this Court to address the violations;
- An order directing the United States Attorney's Office to confer with the victims;
- Such further relief as the Court deems just and proper.

**CONCLUSION**

For the foregoing reasons, Movant respectfully asks this Court to enforce his and his minor child's rights under the CVRA and grant the relief requested.

Respectfully submitted,

Jeremy A. Small
515 S. 6th St.
Mitchell, Indiana 47446
Phone: 812-578-9246
Email: megraejones90@gmail.com
Pro Se Victim / Movant
Dated: *August 28, 2025*