# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| JEREMY SMALL, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:25-cv-00173-TWP-KMB |
| STATE OF INDIANA, | ) ) ) |
| Defendant. | ) |

## ENTRY DISMISSING ACTION AND DIRECTING ENTRY OF FINAL JUDGMENT

In the Entry of October 14, 2025, the Court screened *pro se* Plaintiff Jeremy Small's ("Small") Complaint and explained that it is subject to dismissal for lack of jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B) because of a failure to state a claim upon which relief may be granted (Dkt. 8). Specifically, the Court explained that "federal court is not the proper forum for vindicating Small's rights under the Crime Victims' Rights Act." *Id.* at 4. The Court gave Small an opportunity to amend his Complaint no later than November 14, 2025, and show cause why this case should not be dismissed because of a lack of jurisdiction.

The deadline to respond has passed, and Small has not responded to the show cause Order and has not filed an amended complaint to cure the jurisdictional deficiencies of his initial Complaint. Thus, Small has failed to show cause why this case should not be dismissed for a lack of jurisdiction. Accordingly, for the reasons discussed in the prior screening Entry (Dkt. 8), this action is **dismissed without prejudice for lack of jurisdiction**. *See* 28 U.S.C. § 1915(e)(2)(B). Final judgment consistent with this Entry will issue under separate order.

**SO ORDERED**.

Date:  12/16/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

2

Distribution:

JEREMY SMALL
515 S. 6th St.
Mitchell, IN 47446