# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| JEREMY SMALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-cv-00173-TWP-KMB |
| | ) |
| STATE OF INDIANA, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court having this day made its Entry directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. The action is dismissed for lack of jurisdiction.

Dated: 12/16/2025

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JEREMY SMALL
515 S. 6th St.
Mitchell, IN 47446